UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1   JOHN BAKER,
      a/k/a "Tony"

    Defendant.
_____/

Case: 2:10-cr-20068
Judge: Cleland, Robert H
MJ: Komives, Paul J
Filed: 02-04-2010 At 08:25 AM
INDI USA V. SEALED MATTER (DA)

VIOLATIONS: 21 U.S.C. § 841(a)(1)
18 U.S.C. §§ 922(g)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

(21 U.S.C. § 841(a)(1) – *Distribution of Crack Cocaine*)

On or about January 6, 2009, in the Eastern District of Michigan, Southern Division, Defendant JOHN BAKER, did knowingly, intentionally and unlawfully distribute five (5) or more grams of a mixture or substance containing cocaine base in crack cocaine form, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT TWO

(21 U.S.C. § 841(a)(1) – *Distribution of Crack Cocaine*)

On or about January 8, 2009, in the Eastern District of Michigan, Southern Division, Defendant JOHN BAKER, did knowingly, intentionally and unlawfully possess with intent to distribute a mixture or substance containing cocaine base in crack cocaine form, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

(21 U.S.C. § 841(a)(1) – *Distribution of Crack Cocaine*)

On or about January 20, 2009, in the Eastern District of Michigan, Southern Division, Defendant JOHN BAKER, did knowingly, intentionally and unlawfully possess with intent to distribute a mixture or substance containing cocaine base in crack cocaine form, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

(21 U.S.C. § 841(a)(1) – *Distribution of Crack Cocaine*)

On or about February 2, 2009, in the Eastern District of Michigan, Southern Division, Defendant JOHN BAKER, did knowingly, intentionally and unlawfully possess with intent to distribute a mixture or substance containing cocaine base in crack cocaine form, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

(18 U.S.C. §§ 922(g)(1) -- *Felon In Possession Of A Firearm*)

On or about January 20, 2009, in the Eastern District of Michigan, Southern Division, defendant JOHN BAKER, previously having been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess a firearm, specifically, one (1) Taurus International Model 605, 357 caliber revolver, serial number XA56193, that had traveled in interstate commerce prior to defendant's possession of it, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SIX

(18 U.S.C. §§ 922(g)(1) -- *Felon In Possession Of A Firearm*)

On or about February 2, 2009, in the Eastern District of Michigan, Southern Division, defendant JOHN BAKER, previously having been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess a firearm, specifically, one (1) FIE model Tiger Titan, 38 caliber revolver, serial number 0814268, that had traveled in interstate commerce prior to defendant's possession of it, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SEVEN

(18 U.S.C. §§ 922(g)(1) -- *Felon In Possession Of A Firearm*)

On or about September 10, 2009, in the Eastern District of Michigan, Southern Division, defendant JOHN BAKER, previously having been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess firearms, specifically, one (1) Norinko 7.62 rifle, model SKS, serial number 8903087, one (1) HI-POINT 9mm rifle, model 995, serial number A00680, and one (1) Ruger 22 caliber rifle, model 10/22 Varbine, serial number 251-16816, all of which had traveled in interstate commerce prior to defendant's possession of them, in violation of Title 18, United States Code, Section 922(g)(1).

THIS IS A TRUE BILL.

/s Grand Jury Foreperson
GRAND JURY FOREPERSON

BARBARA L. MCQUADE
United States Attorney

/s Jennifer Gorland
JENNIFER GORLAND
Assistant United States Attorney
Chief, General Crimes Unit

/s Louis P. Gabel
LOUIS P. GABEL
Assistant United States Attorney

Date: February 4, 2010

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:10-cr-20068<br>Judge: Cleland, Robert H<br>MJ: Komives, Paul J<br>Filed: 02-04-2010 At 08:25 AM<br>INDI USA V. SEALED MATTER (DA) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete

**Reassignment/Recusal Information**  This matter was opened in the USAO prior to August 15, 2008  [ ]

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    X☐ No | AUSA's Initials: |

Case Title: USA v.  **D-1 JOHN BAKER, a/k/a "Tony"**

County where offense occurred: WAYNE

Check One:    X☐ Felony    ☐ Misdemeanor    ☐ Petty

    _X_ Indictment/____ Information --- no prior complaint.
    ____ Indictment/____ Information --- based upon prior complaint [Case number: _____]
    ____ Indictment/____ Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].

**Superseding Case Information**

Superseding to Case No: _____    Judge: _____
    ☐ Original case was terminated; no additional charges or defendants.
    ☐ Corrects errors; no additional charges or defendants.
    ☐ Involves, for plea purposes, different charges or adds counts.
    ☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

February 4, 2010
Date

LOUIS P. GABEL
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9756
Fax: (313) 226-2372
E-Mail address: Louis.Gabel@usdoj.gov

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09