UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No.: 10-20068

v.

                          Hon. ROBERT H. CLELAND

JOHN BAKER

        Defendant.
_____/

# ORDER
# FOR COMPETENCY EVALUATION

Upon the Motion of Defendant's counsel:

**IT IS HEREBY ORDERED** that Defendant submit to a competency evaluation pursuant to 18 U.S.C. §§ 4241. Pursuant to 4247(d) a hearing shall be held on **October 21, 2010 at 2:00 p.m.** to determine the Defendant's competency to stand trial. Pursuant to 18 U.S.C. § 3161(h)(1)(A), the time required for this evaluation constitute excludable delay for purposes of the Speedy Trial Act and the final pretrial date and trial date shall be adjourned accordingly.

    **SO ORDERED.**

                                            S/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: September 3, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 3, 2010, by electronic and/or ordinary mail.

                                         S/Lisa Wagner
                                         Case Manager and Deputy Clerk
                                         (313) 234-5522