**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

          Plaintiff,          Case No: 10-CR-20068-DT

v.

JOHN BAKER,
          Defendant.
_____/

## ORDER REVOKING BOND

    This matter comes before the court for a Competency Hearing/Status Conference as to defendant John Baker on December 20, 2010. The defendant was notified by counsel of the date and time, but has failed to appear. For the reasons stated on the record,

    IT IS ORDERED that the defendant's bond is **REVOKED**, and the United States Marshal is ordered to execute a warrant of arrest. The hearing will be rescheduled upon apprehension of the defendant.

                                        S/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: December 21, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 21, 2010, by electronic and/or ordinary mail.

                                        S/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522