## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                Case No. 10-20068

JOHN BAKER,

      Defendant.

_____/

### ORDER DENYING DEFENSE COUNSEL'S MOTION TO WITHDRAW AND TERMINATING AS MOOT DEFENDANT'S "MOTION TO PRODUCE INFORMANT"

On September 19, 2011, defense counsel filed a motion to withdraw from representing Defendant in this matter.  That same day, defense counsel also filed, on behalf of Defendant, a motion to compel the Government to produce its confidential informant.  The court discussed the motions at a hearing on September 20, 2011, during which the court denied the motion to withdraw and ultimately accepted Defendant's guilty plea.  Accordingly, for the reasons articulated on the record at the September 20, 2011 hearing,

IT IS ORDERED that defense counsel's motion to withdraw [Dkt. # 35] is DENIED.

IT IS FURTHER ORDERED that Defendant's "Motion to Produce Informant" [Dkt. # 34] is TERMINATED AS MOOT.

                                       s/Robert H. Cleland
                                       ROBERT H. CLELAND
                                       UNITED STATES DISTRICT JUDGE

Dated:  September 26, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 26, 2011, by electronic and/or ordinary mail.


 s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522